# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CHASE ANDERSON ROMAGNANO,

      Plaintiff,

v.                                                    CASE NO.  3:19cv3557/MCR/EMT

PAM CHILDERS, et al.,

      Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 31, 2019.  ECF No. 5.  Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  This case is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief can be granted.

3.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of November 2019.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**